# United States Bankruptcy Court

## Southern District of Ohio

In re **Legacy Beavercreek of Dayton Operating Company, LLC**  
Debtor(s)

Case No. 25-31552  
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **8/5/2025**

/s/ James Taylor  
**James Taylor**  
Signature of Debtor

Copyright © Financial Software Solutions, LLC

A-1 SPRINKLER CO., INC.
2383 Northpointe Dr
Miamisburg, OH 45342


A-1 SYSTEMS INTEGRATION LLC
2383 Northpointe Dr
Miamisburg, OH 45342


ACCELERATED CARE PLUS
13828 COLLECTIONS CENTER DRIVE
Chicago, IL 60693


ADVOWASTE MEDICAL SERVICES, LLC
PO Box 356
Lakewood, NJ 8701


ALL-STAT PORTABLE OH
8235 Christiana Ave
Skokie, IL 60076


AMAZON CAPITAL SERVICES, INC
PO BOX 035184
Seattle, WA 98124


AMERICAN HEALTH ASSOCIATES (CINCINNATI)
PO Box 2517
Carol Stream, IL 60132


AMITA R. PATEL, MD
22 N. East St.
#267
Bellbrook, OH 45305


Amy Stelljes
5836 Oak Creek Trl.
Huber Heights, OH 45424

Copyright © Financial Software Solutions, LLC

APOLLO PROPANE
2720 Viking Lane
Dayton, OH 45439


ARJO, INC.
PO BOX 640799
Pittsburg, PA 15264-0799


Attorney General's Office-Rosemary Howard
30 E Broad St.
14th Floor
Columbus, OH 43215


Beavercreek of Dayton SNF Healthcare, LLC
c/o PACS
Attn: General Counsel
262 N. University Ave.
Farmington, UT 84025


Benesch, Friedlander, Coplan  Arnonoff LLP
Benesch, Friedlander, Coplan  Arnonoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114


BIOMETRIC INFORMATION MANAGEMENT
6059 FRANTZ RD
Ste 102
Dublin, OH 43017


BLUE SKY THERAPY
1601 2nd Street
Moundsville, WV 26041


Bonnezi Sweitzer Polito & Perry Co. LPA
Bonnezi Sweitzer Polito & Perry Co. LPA
1300 East 9th St., Suite 1950
Cleveland, OH 44114

Copyright © Financial Software Solutions, LLC

**Bonnie Sturgeon**
**141 Hardacre Dr.**
**Xenia, OH 45385**


**Bricker Graydon**
**Bricker Graydon**
**100 South Third Stret**
**Columbus, OH 43215**


**Buck Run Doors & Hardware Inc**
**500 S. Ludlow Street**
**Dayton, OH 45402**


**BUSINESSVOICE INC.**
**1600 MADISON AVENUE**
**Toledo, OH 43604**


**Ceridian HCM, Inc.**
**3311 E. Old Shakopee Rd., Ste 400**
**Minneapolis, MN 55425**


**CERTIFIED PEST CONTROL**
**239 OLD BROOKPARK RD**
**Cleveland, OH 44109**


**CHARLES RAYMOND GRAF**
**4632 N. River Rd**
**Springfield, OH 45502**


**Christopher Sammarone**
**Christopher Samarone**
**535 North Broad St., Suite 4**
**Canfield, OH 44406**

Copyright © Financial Software Solutions, LLC

CITY OF BEAVERCREEK
789 ORCHARD LANE
Beavercreek, OH 45434

CJH MECHANICAL, INC.
PO Box 750215
Dayton, OH 45475

CONCENTRA MEDICAL CENTERS
P.O. BOX 5012
Southfield, MI 48086

COZZINI BROS., INC.
8430 W Bryn Mawr Ave
Ste 800
Chicago, IL 60631

DAIRY FARMERS OF AMERICA, INC.
PO BOX 776922
Chicago, IL 60677

DEPENDENT SPECIALISTS, INC.
30211 Avenida de las Banderas
Suite 200
Rancho Santa Margarita, CA 92688

DIRECT SUPPLY, INC.
BOX 88201
Milwaukee, WI 53288

DMD Management, Inc.
Attn: Jacob Homolya, General Counsel
12380 Plaza Drive
Parma, OH 44130

Copyright © Financial Software Solutions, LLC

DX Solutions LLC dba Solaris Diagnostics
110 Dewey Dr
Nicholasville, KY 40356

Eastman & Smith Ltd.
250 Civic Center Drive, Suite 280
Columbus, OH 43215

Ed Rike Plumbing Inc
7667 Verona Rd
Lewisburg, OH 45338

ENERVISE LLC
PO Box 633874
Cincinnati, OH 45263

ENGIE INSIGHT SERVICES, INC.
1313 N. Atlantic St
Ste 5000
Spokane, WA 99201

FIDELITY SECURITY LIFE INSURANCE/EYEMED
P.O. BOX 632530
Cincinnati, OH 45263

FITZSIMMONS HOSPITAL SERVICES
P.O. BOX 497
OAK FOREST, IL 60452

Flanagan Lieberman & Rambo
Flanagan Lieberman & Rambo
10 N. Ludlow St., Ste. 200
Dayton, OH 45402

Copyright © Financial Software Solutions, LLC

**FURST THE FLORIST, INC.**
**1306 Troy St**
**Dayton, OH 45404**


**FUSION LLC**
**PO BOX 411467**
**Boston, MA 2241**


**Georgie R Rosier**
**1951 Trebein Rd**
**Xenia, OH 45385**


**Glaser Softwater, Inc**
**939 W Main St**
**Tipp City, OH 45371**


**Golden Years Magazine**
**1303 Avocado Ave**
**#240**
**Newport Beach, CA 92660**


**GRAINGER (PROMEDICA)**
**100 Grainger Parkway**
**Lake Forest, IL 60045**


**Greene County Sanitary Engineering Department**
**Greene County Sanitary Engineering Department**
**Xenia, OH 45385**


**GROUNDSPRO LLC**
**9405 Sutton Pl**
**West Chester, OH 45011**


**GURJEET KAHLON, MD**
**1905 Amy's Ridge Ct**
**Beavercreek, OH 45434**

Copyright © Financial Software Solutions, LLC

H-M Company
2305 Gilbert Avenue
Cincinnati, OH 45150


HCSG Labor Supply
3220 Tillman Drive, Ste. 3009
Bensalem, PA 19020


HD SUPPLY FACILITIES MAINTENANCE
PO BOX 509058
San Diego, CA 92150


Health Care Services Group, Inc.
3220 Tillman Drive, Ste. 3009
Bensalem, PA 19020


HW & Co CPAs & Advisors
7530 Lucerne Dr., Ste. 101
Cleveland, OH 44130


IMAGE ONE CORPORATION
13201 Capitol St
Oak Park, MI 48237


IntelyCare, Inc.
1250 Hancock Street, Ste. 501N
Quincy, MA 2169


IRON MOUNTAIN, INC.
PO Box 27128
New York, NY 10087


Jennifer Renee Parker
10321 Telluride Ln
Miamisburg, OH 35423

Copyright © Financial Software Solutions, LLC

KCI USA
PO BOX 301557
Dallas, TX 75303


KITCHEN EQUIPMENT SERVICE INC
4082 LAURA MARIE DR
Waynesville, OH 45068


KKSG & ASSOCIATES, INC
67 E. Wilson Bridge Road
Suite 201
Worthington, OH 43085


KLOSTERMAN BAKING COMPANY
4760 PADDOCK ROAD
Cincinnati, OH 45229


KORRECT PLUMBING HEATING AND A/C INC
7967 W. Third St
7967 W. Third St
Dayton, OH 45417


Laketec Communications
27881 Lorain Rd.
North Olmstead, OH 44070


LAKETEC COMMUNICATIONS, INC.
27881 LORAIN ROAD
North Olmstead, OH 44070


Leading Edge Administrators
14 Wall St., Suite 5B
New York, NY 10005

Copyright © Financial Software Solutions, LLC

LEGACY BEAVERCREEK PETTY CASH
1974 N FAIRFIELD ROAD
Dayton, OH 45432


LYNX EMS, LLC
10123 Alliance Road
Suite 330
Blue Ash, OH 45242


MEDICAL EQUIPMENT SERVICES, INC.
PO Box 157
Holly Springs, NC 27540


MEDLINE INDUSTRIES INC.
BOX 382075
Pittsburgh, PA 15251


MedPro LLC
251 West Lexington Road
Eaton, OH 45320


MEDWIZ OF KENTUCKY LLC
167 Route 304
Bardonia, NY 10954


Miami Valley Hospital
PO Box 932699
Cleveland, OH 44193


Miami Valley Ice Machine
PO Box 217
Spring Valley, OH 45370


Miami Valley Long Term Care Association
PO Box 216
Dayton, OH 45409

MINUTEMEN HR MANAGEMENT SERVICES, LLC
3740 Carnegie Ave
2nd floor
Cleveland, OH 44115


MOOD-DAYTON
175 E. Alex-Bell Rd
Suite 228
Dayton, OH 45459


Nancy Pohl
2815 Raceway Trail
Beavercreek, OH 45434


Nationwide Mutual Insurance Company
1 Battery Park Plaza, 30th Floor
New York, NY 10004


Ohio Attorney General
Collection Enforcement
30 East Broad Street, 14th Floor
Columbus, OH 43215


Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15667
Columbus, OH 43215


Ohio Dept. of Job & Family Services
Attn Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43213


Ohio Dept. of Medicaid
Office of Legal Counsel
PO Box 182709
COLUMBUS, OH 43218

Copyright © Financial Software Solutions, LLC

Ohio Dept. of Taxation
Attn: Bankruptcy Division
PO Box 530
COLUMBUS, OH 43216-0530


OHIO MEDICAL TRANSPORT, LLC
PO Box 307
Tipp City, OH 45371


ORIENTAL TRADING COMPANY INC
4206 S 108th
Omaha, NE 68137


ORTHOPEDIC ASSOCIATES OF SW OHIO INC
6551 Centerville Business Pkwy
Suite 120
Centerville, OH 45459


PARADYM HEALTHCARE
3728 BRAEMAR DR
Richfield, OH 44286


Patheous Medical, PLLC
PO Box 738345
Dallas, TX 75373


PITNEY BOWES BANK INC PURCHASE POWER
PO Box 981026
Boston, MA 2298


POINTCLICKCARE TECHNOLOGIES INC (WESCOM)
5570 EXPLORER DRIVE
Mississauga, L4W 0C4

Copyright © Financial Software Solutions, LLC

PointClickCare Technologies, Inc.
4470 Explorer Drive
Mississauga, ON L4W 0C4

PRIME CARE TECHNOLOGIES, INC.
PO Box 931407
Atlanta, GA 31193

PROFORMA SPECIALTY PRINTING
PO BOX 640814
Cincinnati, OH 45264

Providence Administrative Consulting Service, Inc.
Attn: General Counsel
262 N. University Ave.
Farmington, UT 84025

QUADIENT FINANCE USA, INC.
P.O.BOX 6813
Carol Stream, IL 60197

Reminger Co., LPA
200 Public Square, Suite 1200
Cleveland, OH 44114

RETROCARE
155 Graves Street
Staten Island, NY 10314

ROSS MEDIA SOLUTIONS
PO Box 35026
Richmond, VA 23235

Salsbury & Salsbury, LPA
5611 Hudson Dr., Suite 400
Hudson, OH 44236

Copyright © Financial Software Solutions, LLC

Sandra Isaac
7864 Springfield Jamestown Rd
Springfield, OH 45502


SB2, INC.
1426 N. 3RD ST.
Suite 120
PO Box 5400
Harrisburg, PA 17102


Scotsman Mid-Ohio
PO Box 131058
Dayton, OH 45413


Scottsdale Surplus Lines Insurance Company
8877 N. Gainey Center Dr.
Scottsdale, AZ 85258


SECURE CARE SYSTEMS, INC.
6968 ENGLE ROAD
Middleburg Hts., OH 44130


SHERWIN-WILLIAMS CO.
6910 BIDDULPH ROAD
Cleveland, OH 44144


Silversphere, LLC
265 Clyde Morris Blvd
Ste 100
Ormond Beach, FL 32174


SPECTRUM BUSINESS (6030)
12405 POWERSCOURT DRIVE  ST
ST. LOUIS, MO 63131

Copyright © Financial Software Solutions, LLC

STAPLES BUSINESS ADVANTAGE
DEPT DET 2368
P.O. BOX 83689
Chicago, IL 60696


Stefanik, Iosue &Associates
1109 Carnegie Avenue, 2nd Floor
Cleveland, OH 44115


Stevens & Lee
Stevens & Lee
1500 Market Street
East Tower, 18th Floor
Philadelphia, PA 19102


SUN LIFE FINANCIAL
P.O. BOX 807009
KANSAS CITY, MO 64184


SYSCO CINICINNATI, LLC
10510 Evendale Dr
Cincinnati, OH 45241


TECHNICAL GAS PRODUCTS, INC.
101 NORTH PLAINS INDUSTRIAL RD
1B SUITE 1
Wallingford, CT 6492


TEN10 DESIGN LLC
119 Main St
Chardon, OH 44024


TESCO SPECIALITY VEHICLES, LLC
5434 NAVARRE AVE
PO BOX 167230
Oregon, OH 43616

Copyright © Financial Software Solutions, LLC

THE SHERWIN WILLIAMS CO. (BEAVERCREEK)
2329-B N Fairfield Rd
Beavercreek, OH 45431



Three Rivers Diagnostics
115 Technology Drive
Pittsburgh, PA 15275



TOSHIBA BUSINESS SOLUTIONS
P.O.BOX 418600
Boston, MA 2241



TREASURER STATE OF OHIO
Attn: Fiscal Elevators
6606 Tussing Rd
PO Box 4009
Reynoldsburg, OH 43068



TRIDENTCARE (825714)
PO Box 825714
Philadelphia, PA 19182



TRIPLE A PRO SERVICES
3677 Anthony Lane
Franklin, OH 45005



U-HAUL CO. OF MASSACHUSETTS & OHIO
31 Olympia Ave
Woburn, MA 1801



WASTE MANAGEMENT OF OHIO, INC.
PO Box 4648
Carol Stream, IL 60197

WBS Rehabilitation Service, Inc.
510 W. Main Street
Canfield, OH 44406


Wellsky Corporation
11300 Switzer Rd.
Overland Park, KS 66210


WELLSKY CORPORATION
PO BOX 200086
Dallas, TX 75320


WM COMPACTOR SOLUTIONS, INC.
Dept #2008
PO Box 29661
Phoenix, AZ 85038


WOUND HEALING TECHNOLOGIES CORP.
1820 Avenue M
Suite 238
Brooklyn, NY 11230


WSB Rehabililtation Service, Inc.
510 W. Main Street
Canfield, OH 44406


ZOLL LIFECOR CORP
121 GAMMA DRIVE
Pittsburgh, PA 15238


ZOLL Services LLC
PO Box 644321
Pittsburgh, PA 15264

Copyright © Financial Software Solutions, LLC